# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **Jason Brillon** | **Civil Action**<br>**No: 11cv10568-WGY** |
| **Plaintiff** |  |
| v. |  |
| **Consumer Credit Counseling Service of Southern New England**<br>**Defendant** |  |

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

    The Court having been advised on October 21, 2011 that the above-entitled action has been settled:

    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

    By the Court,

    /s/Matthew A. Paine

    **Deputy Clerk**

October 24, 2011

To: All Counsel